# EXHIBIT C

**Exhibit C**
**U.S. Patent No. 9,475,934**

| Claim 1 Limitation | DSI Nodax® Compound | Product Made from DSI Nodax® Compound | Defendants' Danimer Compound |
|---|---|---|---|
| An aliphatic polyester resin composition, comprising: | The DSI Nodax® Compound is an aliphatic polyester resin composition. | DSI Nodax® Compound in molded form is an aliphatic polyester resin composition. | Defendants' Danimer Compound is an aliphatic polyester resin composition. |
| a polyhydroxyalkanoate copolymer; | The DSI Nodax® Compound comprises poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), also referred to as PHBH, which is a polyhydroxyalkanoate copolymer. | DSI Nodax® Compound in molded form comprises poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), also referred to as PHBH, which is a polyhydroxyalkanoate copolymer. | Defendants' Danimer Compound comprises poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), also referred to as PHBH, which is a polyhydroxyalkanoate copolymer. |
| and a crystal nucleating agent comprising pentaerythritol, | The DSI Nodax® Compound comprises pentaerythritol, also referred to as PETL, as a crystal nucleating agent. | DSI Nodax® Compound in molded form comprises pentaerythritol, also referred to as PETL, as a crystal nucleating agent. | Defendants' Danimer Compound comprises pentaerythritol, also referred to as PETL, as a crystal nucleating agent. |
| wherein the polyhydroxyalkanoate copolymer includes a repeating unit of 3-hydroxybutyrate at a composition ratio of from 80 mol % to 99 mol %. | The PHBH of the DSI Nodax® Compound includes a repeating unit of 3-hydroxybutyrate at 93.5 mol %. | The PHBH of the DSI Nodax® Compound in molded form includes a repeating unit of 3-hydroxybutyrate at 97.0 mol %. | The PHBH of the Defendants' Danimer Compound includes a repeating unit of 3-hydroxybutyrate at 97.7 mol %. |