"

"

"

# GZJ KDKV'F

**Exhibit D**
**U.S. Patent No. 10,030,117**

| Claim 1 | DSI Nodax® Compound | Product Made of DSI Nodax® Compound | Defendants' Danimer Compound |
|---|---|---|---|
| An aliphatic polyester resin composition, comprising: | The DSI Nodax® Compound is an aliphatic polyester resin composition. | DSI Nodax® Compound in molded form is an aliphatic polyester resin composition. | Defendants' Danimer Compound is an aliphatic polyester resin composition. |
| a polyhydroxyalkanoate (A); | The DSI Nodax® Compound comprises poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), also referred to as PHBH, which is a polyhydroxyalkanoate copolymer. | DSI Nodax® Compound in molded form comprises poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), also referred to as PHBH, which is a polyhydroxyalkanoate copolymer. | Defendants' Danimer Compound comprises poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), also referred to as PHBH, which is a polyhydroxyalkanoate copolymer. |
| pentaerythritol (B); and | The DSI Nodax® Compound comprises pentaerythritol, also referred to as PETL. | DSI Nodax® Compound in molded form comprises pentaerythritol, also referred to as PETL. | Defendants' Danimer Compound comprises pentaerythritol, also referred to as PETL. |
| a filler (C), | The DSI Nodax® Compound comprises calcium carbonate ($CaCO_3$) as a filler. | DSI Nodax® Compound in molded form comprises calcium carbonate ($CaCO_3$) as a filler. | Defendants' Danimer Compound comprises calcium carbonate ($CaCO_3$) as a filler. |
| wherein the polyhydroxyalkanoate (A) is at least one selected from the group consisting of … poly(3-hydroxybutyrate-co-3-hydroxyhexanoate), and . . . , | The PHBH of the DSI Nodax® Compound includes poly(3-hydroxybutyrate-co-3-hydroxyhexanoate). | The PHBH of the DSI Nodax® Compound in molded form includes poly(3-hydroxybutyrate-co-3-hydroxyhexanoate). | The PHBH of the Defendants' Danimer Compound includes poly(3-hydroxybutyrate-co-3-hydroxyhexanoate). |
| the filler is an inorganic filler (C), an organic filler or a combination thereof, wherein the inorganic filler is at least one selected from the group consisting of . . . , carbonate, . . ., | The DSI Nodax® Compound comprises calcium carbonate ($CaCO_3$), which is an inorganic carbonate, as a filler. | DSI Nodax® Compound in molded form comprises calcium carbonate ($CaCO_3$), which is an inorganic carbonate, as a filler. | Defendants' Danimer Compound comprises calcium carbonate ($CaCO_3$), which is an inorganic carbonate, as a filler. |

| | | | |
|---|---|---|---|
| an amount of the filler (C) is from 10 to 100 parts by weight based on 100 parts by weight of the polyhydroxyalkanoate (A), and | The amount of $CaCO_3$ in the DSI Nodax® Compound is 37 parts by weight, which is between 10 and 100 parts by weight of the polyhydroxyalkanoate. | The amount of $CaCO_3$ in the DSI Nodax® Compound in molded form is 33 parts by weight, which is between 10 and 100 parts by weight of the polyhydroxyalkanoate. | The amount of $CaCO_3$ in Defendants' Danimer Compound is 35 parts by weight, which is between 10 and 100 parts by weight of the polyhydroxyalkanoate. |
| an amount of the pentaerythritol (B) is from 0.3 to 5 parts by weight based on 100 parts by weight of the polyhydroxyalkanoate (A). | The amount of PETL in the DSI Nodax® Compound is 0.76 parts by weight, which is from 0.3 to 5 parts by weight based on 100 parts by weight of the polyhydroxyalkanoate. | The amount of PETL in the DSI Nodax® Compound in molded form is 1.45 parts by weight, which is from 0.3 to 5 parts by weight based on 100 parts by weight of the polyhydroxyalkanoate. | The amount of PETL in Defendants' Danimer Compound is 0.85 parts by weight, which is from 0.3 to 5 parts by weight based on 100 parts by weight of the polyhydroxyalkanoate. |